FILED _____ _____ RECEIVED
ENTERED _____ _____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 1 4 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                    )<br>                  Plaintiff,            )<br>                                                    )<br>         v.                                      )         2:09-cr-222-HDM (PAL)<br>                                                    )<br>ANTHONY SWANSON,                )<br>                                                    )<br>                  Defendant.         ) | |

### FINAL ORDER OF FORFEITURE

On May 26, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 924(d)(1) and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(2); Title 21 Untied States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), based upon the jury verdict finding defendant ANTHONY SWANSON guilty to criminal offenses, forfeiting specific property alleged in the Second Superseding Criminal Indictment and shown by the United States to have a request nexus to the offense to which defendant ANTHONY SWANSON was found guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 8, 2010 through July 7, 2010, notifying all known third parties of their right to petition the Court.

. . .

1   This Court finds no petition was filed herein by or on behalf of any person or entity and the
2   time for filing such petitions and claims has expired.

3   This Court finds no petitions are pending with regard to the assets named herein and the time
4   for presenting such petitions has expired.

5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8   32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (d)(2)(C), and (3)(B) and Title 28, United
9   States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 21
10  Untied States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title
11  21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

12  a.   .380 Lorcin handgun, Serial Number 053089;
13  b.   $3,290.00 in United States Currency;
14  c.   One CD-V2-300, 300GX0.1G scale concealed as a "Street Anthem" compact
15       disc; and
16  d.   One American Weigh, AMW-150 scale.

17  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
18  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
19  any income derived as a result of the United States of America's management of any property forfeited
20  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

21  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
22  certified copies to the United States Attorney's Office.

23  DATED this _14th_ day of _December_, 2010.

25  _____
    UNITED STATES DISTRICT JUDGE

2