**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:09-cr-222-HDM-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ANTHONY SWANSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   The court has been advised that the defendant has been reassigned to the Federal Correctional Institution in Phoenix.

   The most recent address for the defendant is:

   Anthony Swanson
   43992-048
   FCI PHOENIX
   FEDERAL CORRECTIONAL INSTITUTION
   37910 N 45TH AVE
   PHOENIX, AZ 85086

   The defendant has the obligation to advise the court of all changes of address. Accordingly, the defendant must confirm in

1

writing that his Phoenix address is the correct address by **March 19, 2013.**

**IT IS SO ORDERED.**

DATED: This 7th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE