**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
UNITED STATES OF AMERICA,       )
                                )    2:09-cr-222-HDM-PAL
            Plaintiff,          )
                                )
vs.                             )    ORDER
                                )
ANTHONY SWANSON,                )
                                )
            Defendant.          )
_____)
```

The defendant filed a motion to vacate under 28 U.S.C. § 2255 (#175) on February 5, 2013. The government shall respond to this motion, by **April 8, 2013**.

**IT IS SO ORDERED**.

DATED: This 7th day of March, 2013.

*Howard D McKibben*
_____
UNITED STATES DISTRICT JUDGE