UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ANTHONY SWANSON,<br><br>               Defendant. | Case No. 2:09-cr-00222-HDM-PAL<br><br>ORDER |

     On January 21, 2020, counsel for the defendant advised the court that additional time is needed to prepare a motion for relief pursuant to the First Step Act of 2018, S. 756, 115th Cong. (2018). (ECF No. 200). Accordingly, counsel shall file another status report on or before February 18, 2020, unless by that time she has filed a motion for relief on defendant's behalf.

     IT IS SO ORDERED.

     DATED: This 4th day of February, 2020.

                                      /s/ Howard D. McKibben
                                      UNITED STATES DISTRICT JUDGE