UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>  v.<br>ANTHONY SWANSON,<br><br>                Defendant. | Case No. 2:09-cr-00222-HDM-PAL<br><br>ORDER |

    Defendant Anthony Swanson has filed a second motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 214). The government has opposed (ECF No. 218), and Swanson has replied (ECF No. 219).

    The court denied Swanson's first motion for compassionate release on August 19, 2020, after concluding that there did not appear to be a rapid spread of COVID-19 in Swanson's institution, and that, regardless, the 18 U.S.C. § 3553(a) factors did not favor early release. The only additional allegations raised in Swanson's latest motion that were not considered by the court previously are that (1) there has now been a severe outbreak of COVID-19 at Swanson's institution; (2) the measures taken by the institution have not worked to prevent an outbreak of COVID-19 and do not allow inmates to protect themselves from infection; and (3) Swanson has

1

contracted the COVID-19 virus and continues to suffer a number of serious symptoms, including heart palpitations, rhinitis, shortness of breath, and numbness in his arms and legs while sleeping. Swanson argues that he cannot protect himself from reinfection in the institution and that, because of his underlying condition of obesity, he remains at risk of severe illness if he is reinfected.

Given that Swanson has already contracted COVID-19, the court is not persuaded that extraordinary and compelling reasons exist on the basis of these additional facts and allegations. Recent scientific studies have found that COVID-19 neutralizing antibodies are stably produced for 5-7 months after onset of illness. *See* Tyler J. Ripperger et al., Orthogonal SARS-CoV-2 Serological Assays Enable Surveillance of Low-Prevalence Communities and Reveal Durable Humoral Immunity, Immunity (Oct. 13, 2020), https://www.cell.com/immunity/fulltext/S1074-7613(20)30445-3. And documented cases of reinfection, while they do exist, are rare. *See* https://www.cdc.gov/coronavirus/2019-ncov/your-health/reinfection.html. Accordingly, it is highly unlikely Swanson will be reinfected, and speculative that reinfection would lead to significantly more serious symptoms than he is currently experiencing. Further, it is likely that a COVID-19 vaccination will be available relatively soon for inmates in the federal institutions. Finally, Swanson's additional arguments do not change the court's conclusion that the § 3553(a) factors do not favor early release.

Accordingly, on the basis of the foregoing and for the reasons set forth in the court's order of August 19, 2020, IT IS THEREFORE

ORDERED that Swanson's second motion for compassionate release (ECF No. 214) is hereby DENIED.

IT IS SO ORDERED.

DATED: This 23rd day of December, 2020.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE

3