1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                               DISTRICT OF NEVADA

7

8    UNITED STATES OF AMERICA,              Case No. 2:09-cr-00222-HDM-PAL

9                           Plaintiff,

          v.                               ORDER

10   ANTHONY SWANSON,

11                          Defendant.

12

13        The defendant has written a letter to the court asking why

14   he is not receiving credit for time served prior to imposition

15   of sentence in this case. The issue the defendant raises is one

16   that must be initially addressed with the Bureau of Prisons

17   through its Administrative Remedy Program. *See* 21 C.F.R. §

18   542.10 et seq.; *see also United States v. Wilson,* 503 U.S. 329,

19   335, 112 S. Ct. 1351, 1355, 117 L. Ed. 2d 593 (1992); *Martinez*

20   *v. Roberts*, 804 F.2d 570, 571 (9th Cir. 1986). There is no

21   indication that the defendant has contacted BOP or otherwise

22   pursued his administrative remedies to seek resolution of this

23   issue. Further, to the extent the defendant seeks judicial

24   review of the BOP's calculation of his sentence, this court

25   would not be the proper venue for his claim, even if his

26   administrative remedies were otherwise exhausted. Such review

27   must be sought, if at all, by way of a 28 U.S.C. § 2241 petition

28   filed in the district of the defendant's confinement. *Zavala v.*

                                   1

*Ives*, 785 F.3d 367, 370 n.3 (9th Cir. 2015); *Tucker v. Carlson*, 925 F.2d 330, 331 (9th Cir. 1991); *United States v. Giddings*, 740 F.2d 770, 771-72 (9th Cir. 1984). Accordingly, the defendant's letter request (ECF No. 229), to the extent it seeks action from this court, is DENIED.

DATED: This 19th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE

2