1
2
3
4
5

                    UNITED STATES DISTRICT COURT

                        DISTRICT OF NEVADA

6   UNITED STATES OF AMERICA,              Case No. 2:09-cr-00222-HDM-PAL

7                          Plaintiff,

8        v.                                          ORDER

9   ANTHONY SWANSON,

10                         Defendant.

11       The defendant, Anthony Swanson, has filed a motion for

12   reduction of sentence pursuant to 18 U.S.C. § 3582 and U.S.S.G.

13   § 4C1.1 (ECF No. 243). Swanson's motion presumably relies on

14   Amendment 821 to the United States Sentencing Guidelines, which

15   created § 4C1.1. On January 12, 2024, the Federal Public

16   Defender filed a "Notice of Non-Eligibility" pursuant to General

17   Order 2023-09, indicating that Swanson is not entitled to a

18   sentence reduction under the provisions cited. The court agrees.

19       Amendment 821 created U.S.S.G. § 4C1.1, reducing the

20   offense level for certain zero-point offenders, and amended

21   U.S.S.G. § 4A1.1, reducing or eliminating the number of points

22   counted when the offender commits an offense while under a

23   criminal justice sentence. The amendments apply retroactively.

24   As Swanson was not a zero-point offender, § 4C1.1 is

25   inapplicable. And because Swanson was found to be a career

26   offender under the provisions of U.S.S.G. § 4B1.1, his criminal

27   history category remains VI, regardless of whatever effect the

28   amendments to § 4A1.1 may have on his criminal history score.

                                   1

Accordingly, Swanson's motion for relief pursuant to Amendment 821 (ECF No. 243) is DENIED.

IT IS SO ORDERED.

DATED: This 31st day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE