UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00222-HDM-PAL |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ANTHONY SWANSON, | |
| Defendant. | |

The defendant, Anthony Swanson, has filed a document entitled "ORDER" and captioned for the Ninth Circuit Court of Appeals (ECF No. 247). To the extent this document was intended to be a notice of appeal of the court's order denying his motion for relief pursuant to Amendment 821, it was untimely filed. Fed. R. App. P. 4(b)(1)(A). The defendant does not seek any extension of time for the filing, nor does he demonstrate good cause or excusable neglect for the untimely filing. As the defendant does not seek any other specific relief from this court, no further action will be taken.

IT IS SO ORDERED.

DATED: This 1st day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE