UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br>ANTHONY SWANSON,<br><br>　　　　　　　　　Defendant. | Case No. 2:09-cr-00222-HDM-PAL<br><br>ORDER |

　　The defendant has filed a letter with the court that appears to dispute the calculation of his custody level. This is a matter for the Bureau of Prisons, not for this court. Accordingly, to the extent the defendant's letter seeks any relief from this court, the request is DENIED.

　　IT IS SO ORDERED.

　　DATED: This 27th day of December, 2024.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE