UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ANTHONY SWANSON, Defendant. | Case No. 2:09-cr-00222-HDM-PAL<br>ORDER |

The defendant has filed a letter with the court that appears to request the Bureau of Prisons assist him in resolving several concerns he has in relation to his confinement. Therefore, this is a matter for the Bureau of Prisons to address upon appropriate application, not for this court. Accordingly, to the extent the defendant's letter seeks any relief from this court, the request is DENIED.

IT IS SO ORDERED.

DATED: This 15th day of September, 2026.

UNITED STATES DISTRICT JUDGE